CONSOLIDATED FRUIT JAR CO., Appellant, v. WISNER, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by the Consolidated Fruit Jar Company against Henry C. Wisner. G. B. Lester, for appellant. No opinion. Order modfied by reducing allowance to $608.85, and, as modified, affirmed, without costs.

CROSS, Respondent, v. BARROW et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by Elam A. Cross against William Barrow and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CURTIS. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) In the matter of the disposition of the real estate of William Curtis, deceased. Motion granted.

DEBOY, Respondent, v. BISSING, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Action by Barbara Deboy against Frank Bissing. No opinion. Judgment and order affirmed, with costs.

DE LA VERGNE REFRIGERATING MACH. CO. v. NEW YORK EQUIPMENT CO. et al. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by the De la Vergne Refrigerating Machine Company against the New York Equipment Company and others. No opinion. Upon the appellant giving the bond mentioned in the memorandum and paying $50 costs, default opened; otherwise, motion to overrule exception and for judgment will be granted.

DEMPSEY, Appellant, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by William H. Dempsey against John E. Richardson. No opinion. Judgment affirmed, with costs. All concur, except WILLIAMS, J., who dissents.

DENESHA, Respondent, v. REARDON et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Albert Denesha against Daniel Reardon and Patrick Conway, as administrators, etc. No opinion. Judgment and order unanimously affirmed, with costs.

DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Appellant, v. WENDEL, Respondent. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by the department of health of the city of New York against John G. Wendel. H. Steinert, for appellant. M. S. Thompson, for respondent. No opinion. Determination of appellate term (67 N. Y. Supp. 129) affirmed, with costs.

In re DEPARTMENT OF PUBLIC PARKS. In re TOPLITZ. (Supreme Court, Appellate Division, First Department. June 21, 1901.) In the matter of the department of public parks and in the matter of Toplitz. No opinion. Referred back to referee.

DEWES, Respondent, v. BARBER, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Abednego Dewes against Simeon M. Barber, impleaded with others. No opinion. Judgment affirmed, with costs.

DICKINSON, Appellant, v. EARLE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by C. C. Dickinson, as assignee, against Eugene M. Earle and others. H. D. Luce, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 71 N. Y. Supp. 755.

DINGELMAN v. SCHNAIER et al. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by Oscar Dingelman against Milton Schnaier and another. No opinion. Upon payment of $50, default opened; otherwise, appeal dismissed.

In re DOWS' ESTATE. (Supreme Court, Appellate Division, First Department. April Term, 1901.) In the matter of the estate of David Dows, Sr., deceased. No opinion. Order affirmed, with costs, on opinion in Re Vanderbilt's Estate, 50 App. Div. 246, 63 N. Y. Supp. 1079; 163 N. Y. 597, 57 N. E. 1127.

DUBINSKY, Respondent, v. METROPOLITAN WRAPPER CO., Appellant. (City Court of New York, General Term. April, 1901.) Action by Isaac Dubinsky against the Metropolitan Wrapper Company. Appeal from a judgment upon a verdict in favor of the plaintiff directed by the court, and from an order denying a motion for a new trial. Archibald C. Shenstone, for appellant. Henry Kuntz, for respondent. No opinion. Judgment and order appealed from affirmed, with costs.

E. BEMENT & SONS, Respondent, v. ROCKWELL, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by E. Bement & Sons against George W. Rockwell. No opinion. Judgment affirmed, with costs.